O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br>     v. <br> DARIN THOMAS FOX, <br>         Defendant. | CASE NO. CR14-376-CAS <br><br> FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On July 28, 2014, August 28, 2014 and September 15, 2014, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on July 9, 2014 and August 28, 2014. Government counsel, Terrence Jones, the defendant and his appointed DFPD attorney, Liliana Coronado, were present. The U.S. Probation Officer, Marla Weisenfeld, was also present.

The defendant admitted allegation nos. 2 and 4, in violation of his supervised release, as stated in the Petitions filed on July 9, 2014 and August 28, 2014. The Government dismissed allegation nos. 1 and 3 of the Petitions filed on July 9, 2014 and August 28, 2014. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on February 2, 2009.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of three (3) months, with no supervision to follow.

The Court hereby recommends that defendant be designated to a facility in Oregon.

It is further ordered that the defendant surrender himself to the institution designated by the Bureau of Prisons on or before 12 noon, October 15, 2014. In the absence of such designation, the defendant shall report on or before the same date and time, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

FILE/DATED:   September 19, 2014

*Christine A. Snyder*

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk

2